# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    Plaintiff  :

 vs          Case No: 3:12-cr-04

**DESMOND HILL,**    :

    Defendant

---

**PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference: | **January 31, 2012** |
| Jury Trial Date**: | **March 12, 2012 @ 9:00 a.m.** |
| Final Pretrial Conference (in chambers) | **March 7, 2012 @ 3:00 p.m.** |
| Motion Filing Deadline: | **February 17, 2012** |
| Discovery Cut-off: | **February 10, 2012** |

  **The Court ORDERS that all parties file with this Court no later than the Wednesday prior to the commencement of trial a proposed set of jury instructions to be given by the Court prior to the jury deliberations. Said proposed instructions are to also be submitted to chambers in word perfect format.

  IT IS SO ORDERED.

                    s/Thomas M. Rose

                    Thomas M. Rose
                  United States District Judge

**Advisory for Limiting Personal Information in Transcripts**: The judiciary's privacy policy restricts the publication of certain personal data in documents filed with the Court. The policy requires limiting Social Security and financial account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. [For criminal cases, also limit home addresses to city and state.] However, if such information is elicited during testimony or other court proceedings, it will become available to the public when the official transcript is filed at the courthouse unless, and until, it is redacted. The better practice is for you to avoid introducing this information into the record in the first place. Please take this into account when questioning witnesses or making other statements in Court. If a restricted item is mentioned in Court, you may ask to have it stricken from the record or partially redacted to conform to the privacy policy, or the Court may do so on its own motion.